# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

  v.                                          Case No. 06-CR-327

**HENRY R. BROWN,**
    **Defendant.**

## ORDER

**IT IS ORDERED** that the government file a response to defendant's motion for sentence reduction on or before **June 19, 2020**. Defendant may filed a reply on or before **June 26, 2020**.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2020.

                                       s/ Lynn Adelman
                                       LYNN ADELMAN
                                       District Judge